UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER DAVID JOHN,<br><br>                    Plaintiff,<br><br>     v.<br><br>STRYKER CORPORATION; STRYKER ENDOSCOPY; STRYKER COMMUNICATIONS CORPORATION; STRYKER COMMUNICATIONS; STRYKER MEDSURG GROUP; and DOES 1 through 30, inclusive,<br><br>                    Defendants. | Civil No.   05cv1518-LAB (CAB)<br><br>**ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

On September 7, 2006, Pat Connors, counsel for Plaintiff, contacted the Court and represented that the case has settled. Accordingly, IT IS HEREBY ORDERED:

1.  A Stipulation for Dismissal shall be submitted to the Honorable Larry A. Burns on or before **September 22, 2006**. A courtesy copy shall be delivered to the chambers of the Honorable Cathy Ann Bencivengo.

2.  If a Stipulation for Dismissal is not submitted on or before September 22, 2006, then a Settlement Disposition Conference shall be held on **September 25, 2006**, at **9:00 a.m.** before Judge Bencivengo. The conference shall be <u>telephonic</u>, with <u>attorneys only</u>. Counsel for Plaintiff shall initiate and coordinate the conference call.

1       3.     If a Stipulation for Dismissal is received on or before September 22, 2006, the

2           Settlement Disposition Conference shall be VACATED without further court order.

3

4  DATED: September 7, 2006

5

6                               **CATHY ANN BENCIVENGO**
                             United States Magistrate Judge

7

8  cc:     The Honorable Larry A. Burns
         All parties

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -                          05cv1518