# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

<u>Case</u>:  John v. Stryker Corp.                                    <u>Case No</u>: 05cv1518-LAB (CAB)

<u>HON.</u> Larry A. Burns                    <u>CT. DEPUTY</u> Tisha Washam              Rptr. _____

<u>Present</u>

<u>Plaintiff(s)</u>:    No appearance.

<u>Defendant(s)</u>:  No appearance.


In consideration of the parties' Stipulation For Dismissal, defendant's Motion For Summary Judgment (Dkt No. 18), presently calendared to be heard September 18, 2006, is **DENIED AS MOOT**, and the hearing is vacated.


DATE:  September 12, 2006


IT IS SO ORDERED.

_____
**Honorable Larry Alan Burns**
United States District Judge

cc:    MAGISTRATE JUDGE CATHY ANN BENCIVENGO
       ALL COUNSEL OF RECORD