FILED

2006 SEP 13 PM 2: 55

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____RM_____DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER DAVID JOHN, | Case No. 05 cv 1518 LAB (CAB) |
| Plaintiff, | Complaint filed March 21, 2005 |
| v. | **STIPULATION RE VOLUNTARY DISMISSAL AND [PROPOSED] ORDER THEREON** |
| STRYKER CORPORATION, a Michigan corporation; STRYKER ENDOSCOPY, a Division of Stryker Corporation; STRYKER COMMUNICATIONS CORPORATION, a Nevada corporation; STRYKER COMMUNICATIONS, a business entity of unknown form; STRYKER MEDSURG GROUP, a business entity of unknown form; and DOES 1 through 30, inclusive, | |
| Defendants. | |

## STIPULATION

Plaintiff Christopher David John ("Plaintiff") and

Defendants Stryker Corporation and Stryker Communications

Corporation ("Defendants"), by and through their respective

counsel of record, hereby agree and stipulate pursuant to Rule

41(a), Federal Rules of Civil Procedure, that the above-captioned

action be dismissed with prejudice in its entirety, each side to

STIPULATION RE VOLUNTARY
DISMISSAL AND [PROPOSED] ORDER
THEREON

John v. Stryker Corp., et al.
Case No. 05 cv 1518 LAB (CAB)

1 | bear their own costs and attorneys' fees.  It is further

2 | stipulated that Magistrate Judge Cathy Ann Bencivengo shall

3 | retain jurisdiction to enforce the settlement agreement between

4 | the parties, if necessary.

5 | Dated: _____9-12-06_____

6 |                                      **CONNORS & ASSOCIATES**

7 |                                      By: _____
                                         G. Patrick Connors III
8 |                                      Attorneys for Plaintiff
                                         Christopher David John

9 |

10 | Dated: _____9-12-06_____

                                         **ALLEN MATKINS LECK GAMBLE**
11 |                                     **MALLORY & NATSIS LLP**

12 |                                     By: _____
                                         Amy Wintersheimer Findley
13 |                                     Attorneys for Defendants
                                         Stryker Corporation and
14 |                                     Stryker Communications
                                         Corporation

15 |

16 |                              **ORDER**

17 |      Based on the above stipulation of the parties, and good

18 | cause appearing therefore,

19 |      **IT IS HEREBY ORDERED** that the above-captioned action be

20 | dismissed with prejudice in its entirety, with each side to bear

21 | their own costs and attorneys' fees, and that Magistrate Judge

22 | Cathy Ann Bencivengo retain jurisdiction to enforce the

23 | settlement agreement between the parties, if necessary.
                                         **IT IS SO ORDERED.**

24 | Dated: _____9-12-06_____

25 |                                      _____
                                         Hon. Larry A. Burns
26 |                                      United States District Judge

27 |

28 |

STIPULATION RE VOLUNTARY
DISMISSAL AND [PROPOSED] ORDER
THEREON                                  -2-

John v. Stryker Corp., et al.
Case No. 05 cv 1518 LAB (CAB)